**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Moon Mountain Farms, LLC, | ) | No. CV-12-821-PHX-SMM |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| England Logistics, Inc., et al., | ) | |
| Defendants. | ) | |

Pending before the Court is the parties' Stipulation for Dismissal With Prejudice. (Doc. 43.)

Accordingly,

**IT IS HEREBY ORDERED DISMISSING WITH PREJUDICE** any and all claims with all parties to bear their respective costs and attorney's fees.

**IT IS FURTHER ORDERED VACATING** the status hearing set for **Tuesday, April 9, 2013 at 2:00 p.m.**

DATED this 29th day of March, 2013.

Stephen M. McNamee
Senior United States District Judge